J. Ward Holliday & Associates, P.C.
Counsel for Wheels Financial Group, LLC., dba LoanMart
5930 Royal Lane, Suite 279
Dallas, Texas 75230
Phone: (214)747-2727
Fax: (214)593-3180

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-22075-JKS |
| | § | |
| **Tiffany Howard** | § | CHAPTER NO. 7 |
| Debtor | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO: THE HONORABLE BANKRUPTCY CLERK; **Tiffany Howard,** PRO SE DEBTOR; **Jeffrey Lester,** TRUSTEE

**J. Ward Holliday & Associates, P.C.**, attorneys for **Wheels Financial Group, LLC., dba LoanMart** ("Creditor") files this Notice of Appearance and Request for Notice. J. Ward Holliday & Associates, P.C. hereby requests all notices required under the Bankruptcy Rules and Bankruptcy Code be sent to **J. Ward Holliday & Associates, P.C., 5930 Royal Lane, Suite 279, Dallas, Texas 75230**.

This Notice of Appearance shall not be construed as designation of the undersigned attorney as agent for service under Bankruptcy Rules 7004 or 9014(b).

J. Ward Holliday & Associates, P.C.

*/s/ J. Ward Holliday*
J. Ward Holliday (Bar No. 09876700)
5930 Royal Lane, Suite 279
Dallas, Texas 75230
Phone: (214)747-2727
Fax: (214)593-3180
Attorneys for Creditor

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Notice of Appearance and Request for Notice was served upon the parties listed below by First Class U.S. Mail, postage prepaid, or by electronic filing notification, on this _____ day of _____, 20\_\_.

**Pro Se Debtor**
Tiffany Howard
691 Clinton Avenue
Newark, New Jersey 07108

**Trustee**
Jeffrey Lester
3 University Plaza
Suite 207
Hackensack, New Jersey 07601

**US Trustee**
Office of the U.S. Trustee
One Newark Center
Suite 2100
Newark, New Jersey 07102

*/s/J. Ward Holliday*
J. Ward Holliday