**Order Filed on February 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Tiffany Howard,<br><br>        Debtor | Case No.:     25-22075<br><br>Chapter:     7<br><br>Hearing Date:  February 17, 2026<br><br>Judge:      John K. Sherwood |

## ORDER DENYING MOTION TO RETURN VEHICLE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 18, 2026**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor:              **Tiffany Howard**
Case # .:            **25-22075**
Caption of Order:    **ORDER DENYING MOTION TO RETURN VEHICLE**

---

**UPON** consideration of the **Motion to Return Vehicle** ("Motion") [ECF No. 21] filed by

Tiffany Howard, ("Debtor"), acting *pro se*, together with the opposition [ECF No. 30] filed

thereto by Denise M. Carlon, Esq., on behalf of Wheels Financial Group LLC ("Creditor");

**AND** the Court having considered the arguments presented at the hearing on February 17,

2026;

**AND** for the reasons set forth on the record at the hearing, it is hereby **ORDERED** that

the Motion is **DENIED.**