**Order Filed on February 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:

Tiffany Howard,

               Debtor

| | |
|---|---|
| Case No.: | 25-22075 |
| Chapter: | 7 |
| Hearing Date: | February 17, 2026 |
| Judge: | John K. Sherwood |

## ORDER DENYING MOTION TO RETURN VEHICLE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 18, 2026**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor:              **Tiffany Howard**
Case # .:            **25-22075**
Caption of Order:    **ORDER DENYING MOTION TO RETURN VEHICLE**

---

**UPON** consideration of the **Motion to Return Vehicle** ("Motion") [ECF No. 21] filed by

Tiffany Howard, ("Debtor"), acting *pro se*, together with the opposition [ECF No. 30] filed

thereto by Denise M. Carlon, Esq., on behalf of Wheels Financial Group LLC ("Creditor");

**AND** the Court having considered the arguments presented at the hearing on February 17,

2026;

**AND** for the reasons set forth on the record at the hearing, it is hereby **ORDERED** that

the Motion is **DENIED.**

United States Bankruptcy Court

District of New Jersey

In re:
Tiffany Howard
    Debtor

Case No. 25-22075-JKS

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 18, 2026 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tiffany Howard, 691 Clinton Avenue, Newark, NJ 07108 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Wheels Financial Group LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jeffrey Lester | jlester@bllaw.com  NJ19@ecfcbis.com |
| John Ward Holliday | on behalf of Creditor Wheels Financial Group LLC wholliday@jwhlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4